**WO**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mikeal Glenn Stine, | No. CV-20-00187-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| B Von Blankensee, et al., | |
| Defendants. | |

For the same reasons that this Court denied the Plaintiff's Motion for Appointment of Counsel due to alleged seizure of his legal documents by prison officials in October 2020, this Court denies the Motion to Secure Evidence (Doc. 54). The Plaintiff seeks to secure evidence reflecting his cell was searched and legal materials were seized on January 8, 2021. Any such evidence is not relevant to this case, including the currently pending and fully briefed motion for summary judgment (exhaustion).

**Accordingly,**

**IT IS ORDERED** that the Motion to Secure Evidence (Doc. 54) is DENIED.

Dated this 3rd day of February, 2021.

Honorable David C. Bury
United States District Judge